F. Joe YEAGER, Plaintiff–Appellant,

v.

CITY OF SAN DIEGO, CALIFORNIA; et al., Defendants–Appellees.

No. 07–55999.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Jan. 13, 2009.*

Filed Jan. 23, 2009.

F. Joe Yeager, San Diego, CA, pro se.

Eugene P. Gordon, Esq., San Diego City Attorney's Office, Rachael A. Campbell, Butz Dunn & DeSantis, Kristen T. Dalessio, Esq., Schwartz Semerdjian Haile Ballard & Cauley, Kenneth H. Moreno, Esq., Murchinson and Cumming, Philip E. Weiss, Esq., Weiss and Jones, Darlene Dornan, San Diego Superior Court, Morris G. Hill, Esq., Office of the County Counsel, Ludlow S. Butler, Jr., Esq., Butler & Butler, James W. Alcantara, Esq., Alcantara, Frame & Forby, Michael Brian McDonnell, Esq., McDonnell & Romaker, F. Sigmund Luther, Esq., Law Office of F. Sigmund Luther, Lonnie Michael Wilson, Esq., Apollo Law Group, San Diego, CA, Stephen Allen Jamieson, Solomon, Saltsman & Jamieson, Playa Del Rey, CA, for Defendants–Appellees.

Before: O'SCANNLAIN, BYBEE and CALLAHAN, Circuit Judges.

MEMORANDUM **

F. Joe Yeager appeals pro se from the district court's judgment dismissing his Third Amended Complaint on numerous grounds. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's dismissal for lack of subject matter jurisdiction, *Campos v. Nail*, 940

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

F.2d 495, 496 (9th Cir.1991), and for failure to state a claim, *Outdoor Media Group, Inc. v. City of Beaumont*, 506 F.3d 895, 899–900 (9th Cir.2007).

We affirm for the reasons stated in the district court's Order Dismissing Plaintiff's Third Amended Complaint With Prejudice. Yeager's contentions on appeal are unpersuasive.

**AFFIRMED.**